ORIGINAL

FILED

2016 MAR 31 PM 1:38

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

BY____

Thomas R. Hinkle Jr. & Edith Mary Hinkle
145 N. Pritchard, Apt. C
Fullerton, CA 92833
(714) 737-5893
Defendant, In Pro Per

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFONSO GOMEZ, | ) |
| Plaintiff, | ) Case No. SACV16-00598 JVS (GJSx) |
| vs. | ) |
| THOMAS RAY HINKLE JR, EDITH MARY HINKLE, DOES 1 TO 10, | ) NOTICE OF REMOVAL |
| Defendants. | ) |

BY FAX

**TO THE CLERK OF THE ABOVE-TITLED COURT AND THE HONORABLE UNITED STATES DISTRICT JUDGE:**

PLEASE TAKE NOTICE Thomas R. Hinkle Jr. & Edith Mary Hinkle ("Defendant") hereby remove to this Court the above-captioned action described further below:

1. THE PROCEDURAL REQUIREMENTS FOR REMOVAL ARE SATISFIED.

On March 9, 2016, Plaintiff, Alfonso Gomez, ("Plaintiff") filed an unlawful detainer action in the Superior Court of California, County of Orange, entitled ALFONSO GOMEZ vs. THOMAS RAY HINKLE JR, EDITH MARY HINKLE, AND DOES 1 TO 10.

NOTICE OF REMOVAL

Defendant's Answer to the complaint for unlawful detainer was based on a defective Notice to Pay Rent or Quit. A true and correct copy of the relevant pleadings, i.e., summons, complaint, and Answer are attached hereto as "**Exhibit A.**"

2. This removal is therefore timely because it is not barred by the provisions of 28 U.S.C. § 1446(b).
3. There are no other named Defendants in the action.
4. No previous request has been made for the relief requested.
5. The Superior Court of California for the County of Orange is located within the Eastern District of California. Sec 28 U.S.C. § 84(c)(1). Thus, venue is proper in this Court because it is the "district and divisions embracing the place where such action is pending." 28 U.S.C. § 1441(a).
6. This Action is removable to the instant Court because it originally could have been filed in this Court pursuant to 28 U.S.C. § 1441(a) and/or (b). The complaint presents federal questions. Supplemental jurisdiction exists with respect to any remaining claims pursuant to 28 U.S.C. § 1367.

## II. FEDERAL QUESTION: REMOVAL IS PROPER BECAUSE THIS COURT HAS SUBJECT MATTER JURISDICTION PURSUANT TO 28 U.S.C. §1331 and §1441.

7. The complaint for Unlawful Detainer is subject to strict notice requirements.
8. Defendant filed an Answer to the complaint based on a defective notice, i.e., Notice to Pay Rent or Quit, failed to comply with *Code of Civil Procedure* § 1161(2).
9. Notwithstanding said violation of *Code of Civil Procedure* § 1161(2), the Superior Court for the County of Sacramento did not sustain the Answer.
10. Federal question exists because Defendant's Answer, a pleading depend on the determination of Defendant's rights and Plaintiff's duties under federal law.

Wherefore, Thomas R. Hinkle Jr. & Edith Mary Hinkle respectfully remove this action from the California Superior Court for the County of Orange this Court pursuant to 28 United States Code Sections 1331 and 1441.

Respectfully submitted,

Dated: 3/31/16

By: *[signatures]*

Thomas R. Hinkle Jr. & Edith Mary Hinkle

**Defendants, In Pro Per**

EXHIBIT A

**SUM-130**

# SUMMONS
## (CITACION JUDICIAL)
### UNLAWFUL DETAINER—EVICTION
### (RETENCIÓN ILÍCITA DE UN INMUEBLE—DESALOJO)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

THOMAS RAY HINKLE JR; [See Additional Parties Attachment]

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

ALFONSO GOMEZ

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

ELECTRONICALLY FILED
Superior Court of California,
County of Orange

03/09/2016 at 11:28:10 AM

Clerk of the Superior Court
By Truemy Vu, Deputy Clerk

You have 5 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. (To calculate the five days, count Saturday and Sunday, but do not count other court holidays. If the last day falls on a Saturday, Sunday, or a court holiday then you have the next court day to file a written response.) A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

Tiene 5 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. (Para calcular los cinco días, cuente los sábados y los domingos pero no los otros días feriados de la corte. Si el último día cae en sábado o domingo, o en un día en que la corte esté cerrada, tiene hasta el próximo día de corte para presentar una respuesta por escrito). Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.

1. The name and address of the court is:
   *(El nombre y dirección de la corte es):*

   **CASE NUMBER:** 30-2016-00839699-CL-UD-NJC

   Superior Court Of California, County of Orange 1275 N. Berkeley Ave, Fullerton, CA 92838

2. The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
   *(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

   ALFONSO GOMEZ  1136 N. WEST, APT B  ANAHEIM, CA 92801  714-325-2584

3. *(Must be answered in all cases)* An unlawful detainer assistant (Bus. & Prof. Code, §§ 6400–6415) [✓] did not [ ] did for compensation give advice or assistance with this form. *(If plaintiff has received any help or advice for pay from an unlawful detainer assistant, complete item 6 on the next page.)*

**Date:** 03/09/2016    ALAN CARLSON, Clerk of the Court    Clerk, by _____, Deputy
*(Fecha)*                                                    *(Secretario)*              *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

Truemy Vu

[SEAL]

4. **NOTICE TO THE PERSON SERVED:** You are served
   a. [ ] as an individual defendant.
   b. [ ] as the person sued under the fictitious name of *(specify):*
   c. [ ] as an occupant
   d. [ ] on behalf of *(specify):*
      under: [ ] CCP 416.10 (corporation)         [ ] CCP 416.60 (minor)
             [ ] CCP 416.20 (defunct corporation) [ ] CCP 416.70 (conservatee)
             [ ] CCP 416.40 (association or partnership) [ ] CCP 416.90 (authorized person)
             [ ] CCP 415.46 (occupant)            [ ] other *(specify):*
5. [ ] by personal delivery on *(date):*

Form Adopted for Mandatory Use
Judicial Council of California
SUM-130 [Rev. July 1, 2009]

**SUMMONS—UNLAWFUL DETAINER—EVICTION**

Code of Civil Procedure, §§ 412.20, 415.456, 1167
www.courtinfo.ca.gov

Page 1 of 2

| | SUM-200(A) |
|---|---|
| SHORT TITLE:<br>GOMEZ vs. HINKLE | CASE NUMBER: |

### INSTRUCTIONS FOR USE

- This form may be used as an attachment to any summons if space does not permit the listing of all parties on the summons.
- If this attachment is used, insert the following statement in the plaintiff or defendant box on the summons: "Additional Parties Attachment form is attached."

List additional parties *(Check only one box. Use a separate page for each type of party.)*:

☐ Plaintiff   ☑ Defendant   ☐ Cross-Complainant   ☐ Cross-Defendant

EDITH MARY HINKLE,                              and DOES 1 TO 10,

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-200(A) [Rev. January 1, 2007]

**ADDITIONAL PARTIES ATTACHMENT**
Attachment to Summons

Page 1 of 1

**UD-100**

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):
ALFONSO GOMEZ
1136 N. WEST, APT B
ANAHEIM, CA 92801
TELEPHONE NO.: 714-325-2584    FAX NO. (Optional):
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name):

FOR COURT USE ONLY
**ELECTRONICALLY FILED**
Superior Court of California,
County of Orange
03/09/2016 at 11:28:10 AM
Clerk of the Superior Court
By Truemy Vu, Deputy Clerk

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
STREET ADDRESS: 1275 N. BERKELEY AVE
MAILING ADDRESS:
CITY AND ZIP CODE: FULLERTON, CA 92838
BRANCH NAME: NORTH JUSTICE CENTER

PLAINTIFF: ALFONSO GOMEZ

DEFENDANT: Thomas Ray Hinkle Jr, Edith Mary Hinkle,

[✓] DOES 1 TO 10

**COMPLAINT — UNLAWFUL DETAINER***
[✓] COMPLAINT  [ ] AMENDED COMPLAINT (Amendment Number): ___

CASE NUMBER: 30-2016-00839699-CL-UD-NJC

Jurisdiction (check all that apply):
[✓] ACTION IS A LIMITED CIVIL CASE
   Amount demanded  [✓] does not exceed $10,000
                    [ ] exceeds $10,000 but does not exceed $25,000
[ ] ACTION IS AN UNLIMITED CIVIL CASE (amount demanded exceeds $25,000)
[ ] ACTION IS RECLASSIFIED by this amended complaint or cross-complaint (check all that apply):
   [ ] from unlawful detainer to general unlimited civil (possession not in issue)   [ ] from limited to unlimited
   [ ] from unlawful detainer to general limited civil (possession not in issue)     [ ] from unlimited to limited

1. PLAINTIFF (name each):
   ALFONSO GOMEZ
   alleges causes of action against DEFENDANT (name each):
   Thomas Ray Hinkle Jr, Edith Mary Hinkle,

2. a. Plaintiff is (1) [✓] an individual over the age of 18 years.  (4) [ ] a partnership.
                   (2) [ ] a public agency.                         (5) [ ] a corporation.
                   (3) [ ] other (specify):
   b. [ ] Plaintiff has complied with the fictitious business name laws and is doing business under the fictitious name of (specify):

3. Defendant named above is in possession of the premises located at (street address, apt. no., city, zip code, and county):
   145 N. PRITCHARD, APT C, FULLERTON, CA 92833
   ORANGE COUNTY

4. Plaintiff's interest in the premises is  [✓] as owner  [ ] other (specify):
5. The true names and capacities of defendants sued as Does are unknown to plaintiff.
6. a. On or about (date): May 1, 2013    defendant (name each):
      Thomas Ray Hinkle Jr, Edith Mary Hinkle

   (1) agreed to rent the premises as a  [ ] month-to-month tenancy  [✓] other tenancy (specify): LEASE
   (2) agreed to pay rent of $ 1000.00   payable [✓] monthly  [ ] other (specify frequency):
   (3) agreed to pay rent on the  [ ] first of the month  [✓] other day (specify): 5th calendar day of each month.
   b. This [✓] written  [ ] oral agreement was made with
      (1) [✓] plaintiff.                  (3) [ ] plaintiff's predecessor in interest.
      (2) [ ] plaintiff's agent.          (4) [ ] other (specify):

* NOTE: Do not use this form for evictions after sale (Code Civ. Proc., § 1161a).

Form Approved for Optional Use
Judicial Council of California
UD-100 [Rev. July 1, 2005]

**COMPLAINT—UNLAWFUL DETAINER**

Page 1 of 3
Civil Code, § 1940 et seq.
Code of Civil Procedure §§ 425.12, 1166
www.courtinfo.ca.gov

| PLAINTIFF (Name): ALFONSO GOMEZ | CASE NUMBER: |
|---|---|
| DEFENDANT (Name): Thomas Ray Hinkle Jr, Edith Mary Hink | |

6. c. [✓] The defendants not named in item 6a are
    (1) [ ] subtenants.
    (2) [ ] assignees.
    (3) [✓] other (specify): DOES 1 to 10
  d. [✓] The agreement was later changed as follows (specify):
    December 1, 2015 - 30 Notice of Change in Terms of Tenancy was served on the defendants. See Exhibit-5
  e. [✓] A copy of the written agreement, including any addenda or attachments that form the basis of this complaint, is attached and labeled Exhibit 1. (Required for residential property, unless item 6f is checked. See Code Civ. Proc., § 1166.)
  f. [ ] (For residential property) A copy of the written agreement is not attached because (specify reason):
    (1) [ ] the written agreement is not in the possession of the landlord or the landlord's employees or agents.
    (2) [ ] this action is solely for nonpayment of rent (Code Civ. Proc., § 1161(2)).

7. [✓] a. Defendant (name each):
    Thomas Ray Hinkle Jr, Edith Mary Hinkle
    was served the following notice on the same date and in the same manner:
    (1) [ ] 3-day notice to pay rent or quit    (4) [ ] 3-day notice to perform covenants or quit
    (2) [ ] 30-day notice to quit    (5) [✓] 3-day notice to quit
    (3) [ ] 60-day notice to quit    (6) [ ] Other (specify):
  b. (1) On (date): 2/26/2016
    (2) Defendants failed to comply with the requirements of the notice by that date. the period stated in the notice expired at the end of the day.
  c. All facts stated in the notice are true.
  d. [✓] The notice included an election of forfeiture.
  e. [✓] A copy of the notice is attached and labeled Exhibit 2. (Required for residential property. See Code Civ. Proc., § 1166.)
  f. [ ] One or more defendants were served (1) with a different notice, (2) on a different date, or (3) in a different manner, as stated in Attachment 8c. (Check item 8c and attach a statement providing the information required by items 7a-e and 8 for each defendant.)

8. a. [✓] The notice in item 7a was served on the defendant named in item 7a as follows:
    (1) [ ] by personally handing a copy to defendant on (date):
    (2) [✓] by leaving a copy with (name or description): Edith Mary Hinkle
    a person of suitable age and discretion, on (date): 2/26/2016 at defendant's
    [✓] residence [ ] business AND mailing a copy to defendant at defendant's place of residence on (date): 2/26/2016 because defendant cannot be found at defendant's residence or usual place of business.
    (3) [ ] by posting a copy on the premises on (date): [ ] AND giving a copy to a person found residing at the premises AND mailing a copy to defendant at the premises on (date):
      (a) [ ] because defendant's residence and usual place of business cannot be ascertained OR
      (b) [ ] because no person of suitable age or discretion can be found there.
    (4) [ ] (Not for 3-day notice; see Civil Code, § 1946 before using) by sending a copy by certified or registered mail addressed to defendant on (date):
    (5) [ ] (Not for residential tenancies; see Civil Code, § 1953 before using) in the manner specified in a written commercial lease between the parties.
  b. [ ] (Name):
    was served on behalf of all defendants who signed a joint written rental agreement.
  c. [ ] Information about service of notice on the defendants alleged in item 7f is stated in Attachment 8c.
  d. [✓] Proof of service of the notice in item 7a is attached and labeled Exhibit 3.

UD-100 [Rev. July 1, 2005]      COMPLAINT—UNLAWFUL DETAINER      Page 2 of 3

| PLAINTIFF (Name): ALFONSO GOMEZ | CASE NUMBER: |
|---|---|
| DEFENDANT (Name): THOMAS RAY HINKLE JR, | |

9. ☐ Plaintiff demands possession from each defendant because of expiration of a fixed-term lease.
10. ☐ At the time the 3-day notice to pay rent or quit was served, the amount of rent due was $
11. ☑ The fair rental value of the premises is $ 36.66 per day.
12. ☑ Defendant's continued possession is malicious, and plaintiff is entitled to statutory damages under Code of Civil Procedure section 1174(b). (State specific facts supporting a claim up to $600 in Attachment 12.)
13. ☑ A written agreement between the parties provides for attorney fees.
14. ☐ Defendant's tenancy is subject to the local rent control or eviction control ordinance of (city or county, title of ordinance; and date of passage):

Plaintiff has met all applicable requirements of the ordinances.

15. ☐ Other allegations are stated in Attachment 15.
16. Plaintiff accepts the jurisdictional limit, if any, of the court.
17. PLAINTIFF REQUESTS
   a. possession of the premises.
   b. costs incurred in this proceeding:
   c. ☐ past-due rent of $
   d. ☑ reasonable attorney fees.
   e. ☑ forfeiture of the agreement.
   f. ☑ damages at the rate stated in Item 11 from (date): 12/06/2015 for each day that defendants remain in possession through entry of judgment.
   g. ☑ statutory damages up to $600 for the conduct alleged in Item 12.
   h. ☐ other (specify):

18. ☑ Number of pages attached (specify): 9

### UNLAWFUL DETAINER ASSISTANT (Bus. & Prof. Code, §§ 6400-6415)

19. (Complete in all cases.) An unlawful detainer assistant ☑ did not ☐ did for compensation give advice or assistance with this form. (If plaintiff has received any help or advice for pay from an unlawful detainer assistant, state:)

   a. Assistant's name:
   b. Street address, city, and zip code:
   c. Telephone No.:
   d. County of registration:
   e. Registration No.:
   f. Expires on (date):

Date: 3-4-16

ALFONSO GOMEZ
(TYPE OR PRINT NAME)

▶ *(signature)* (SIGNATURE OF PLAINTIFF OR ATTORNEY)

### VERIFICATION

(Use a different verification form if the verification is by an attorney or for a corporation or partnership.)

I am the plaintiff in this proceeding and have read this complaint. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 3-4-16

ALFONSO GOMEZ
(TYPE OR PRINT NAME)

▶ *(signature)* (SIGNATURE OF PLAINTIFF)

UD-105

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Thomas & Edith Hinkle<br>1145 N. Pritchard Ave #C Fullerton California 92833<br>TELEPHONE NO: (714) 737-5893  FAX NO:<br>E-MAIL ADDRESS:<br>ATTORNEY FOR (Name): | **FILED**<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF ORANGE<br>NORTH JUSTICE CENTER<br><br>MAR 10 2016<br><br>ALAN CARLSON, Clerk of the Court<br><br>BY:_____ DEPUTY |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Orange C.
STREET ADDRESS:
MAILING ADDRESS: 1275 North Berkeley Avenue
CITY AND ZIP CODE: Fullerton, California 92832-1258
BRANCH NAME: North Justice Center

Plaintiff: Alfonso Gomez
Defendant: Thomas Ray Hinkle Jr, Edith Mary Hinkle

**ANSWER—UNLAWFUL DETAINER**

CASE NUMBER: 30-2016-00839699

1. Defendant (each defendant for whom this answer is filed must be named and must sign this answer unless his or her attorney signs): Thomas Hinkle Jr   Edith Hinkle
answers the complaint as follows:

2. Check ONLY ONE of the next two boxes:
   a. [X] Defendant generally denies each statement of the complaint. (Do not check this box if the complaint demands more than $1,000.)
   b. [ ] Defendant admits that all of the statements of the complaint are true EXCEPT:
      (1) Defendant claims the following statements of the complaint are false *state paragraph numbers from the complaint or explain below or on form MC-025):*  [ ] Explanation is on MC-025, titled as Attachment 2b(1).

      (2) Defendant has no information or belief that the following statements of the complaint are true, so defendant denies them *(state paragraph numbers from the complaint or explain below or on form MC-025):*
      [ ] Explanation is on MC-025, titled as Attachment 2b(2).

3. AFFIRMATIVE DEFENSES *(NOTE: For each box checked, you must state brief facts to support it in item 3k (top of page 2).)*
   a. [ ] (nonpayment of rent only) Plaintiff has breached the warranty to provide habitable premises.
   b. [ ] (nonpayment of rent only) Defendant made needed repairs and properly deducted the cost from the rent, and plaintiff did not give proper credit.
   c. [X] (nonpayment of rent only) On (date):  before the notice to pay or quit expired, defendant offered the rent due but plaintiff would not accept it.
   d. [ ] Plaintiff waived, changed, or canceled the notice to quit.
   e. [X] Plaintiff served defendant with the notice to quit or filed the complaint to retaliate against defendant.
   f. [X] By serving defendant with the notice to quit or filing the complaint, plaintiff is arbitrarily discriminating against the defendant in violation of the Constitution or the laws of the United States or California.
   g. [ ] Plaintiff's demand for possession violates the local rent control or eviction control ordinance of *(city or county, title of ordinance, and date of passage):*

      *(Also, briefly state in item 3k the facts showing violation of the ordinance.)*
   h. [ ] Plaintiff accepted rent from defendant to cover a period of time after the date the notice to quit expired.
   i. [ ] Plaintiff seeks to evict defendant based on acts against defendant or a member of defendant's household that constitute domestic violence, sexual assault, stalking, human trafficking, or abuse of an elder or a dependent adult. *(A temporary restraining order, protective order, or police report not more than 180 days old is required naming you or your household member as the protected party or a victim of these crimes.)*
   j. [ ] Other affirmative defenses are stated in item 3k.

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
UD-105 [Rev. January 2, 2014]

**ANSWER—UNLAWFUL DETAINER**

Civil Code, § 1940 et seq.,
Code of Civil Procedure, § 425.12, § 1161 et seq.
www.courts.ca.gov

UD-105

CASE NUMBER: 30-2016-00839-091

3. AFFIRMATIVE DEFENSES (cont'd)
   k. Facts supporting affirmative defenses checked above *(identify facts for each item by its letter from page 1 below or on form MC-025)*:
      ☐ Description of facts is on MC-025, titled as Attachment 3k.

4. OTHER STATEMENTS
   a. ☐ Defendant vacated the premises on *(date)*:
   b. ☒ The fair rental value of the premises alleged in the complaint is excessive *(explain below or on form MC-025)*:
      ☐ Explanation is on MC-025, titled as Attachment 4b.
   c. ☐ Other *(specify below or on form MC-025 in attachment)*:
      ☐ Other statements are on MC-025, titled as Attachment 4c.

5. DEFENDANT REQUESTS
   a. that plaintiff take nothing requested in the complaint.
   b. costs incurred in this proceeding.
   c. ☐ reasonable attorney fees.
   d. ☒ that plaintiff be ordered to (1) make repairs and correct the conditions that constitute a breach of the warranty to provide habitable premises and (2) reduce the monthly rent to a reasonable rental value until the conditions are corrected.
   e. ☐ Other *(specify below or on form MC-025)*:
      ☐ All other requests are stated on MC-025, titled as Attachment 5e.

6. Number of pages attached: 3

UNLAWFUL DETAINER ASSISTANT (Bus. & Prof. Code §§ 6400—6415)

7. *(Must be completed in all cases.)* An unlawful detainer assistant ☒ did not  ☐ did  for compensation give advice or assistance with this form. *(If defendant has received any help or advice for pay from an unlawful detainer assistant, state)*:
   a. Assistant's name:                          b. Telephone No.:
   c. Street address, city, and zip code:
   d. County of registration:       e. Registration No.:       f. Expires on *(date)*:

*(Each defendant for whom this answer is filed must be named in item 1 and must sign this answer unless his or her attorney signs.)*

Thomas Hinkle                                   ▶ /s/ Thomas Hinkle
(TYPE OR PRINT NAME)                              (SIGNATURE OF DEFENDANT OR ATTORNEY)

Edith Hinkle                                    ▶ /s/ Edith Hinkle
(TYPE OR PRINT NAME)                              (SIGNATURE OF DEFENDANT OR ATTORNEY)

VERIFICATION
*(Use a different verification form if the verification is by an attorney or for a corporation or partnership.)*

I am the defendant in this proceeding and have read this answer. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Date:

Thomas Hinkle                                   ▶ /s/ Thomas Hinkle
(TYPE OR PRINT NAME)                              (SIGNATURE OF DEFENDANT)

Edith Hinkle                                    ▶ /s/ Edith Hinkle

UD-105 [Rev. January 2, 2014]        ANSWER—UNLAWFUL DETAINER                          Page 2 of 2